FILED
Nov 26   2 29 PM '03
U.S. DIST...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAX KAPLAN
    Plaintiff

VS.

MYRNA LEHRER,
    Defendant/Third Party
    Plaintiff

CASE NUMBER 300CV00610 (EBB)

VS.

RITA LITVACK

NOVEMBER 21, 2003

    Third Party Defendant

### MOTION FOR ENLARGEMENT OF TIME

The defendant/third-party plaintiff, Myrna Lehrer, moves for an enlargement of time of ten days - to December 11, 2003 - to respond to Rita Litvack's November 13, 2003 Objection to Recommended Ruling on Defendant's Motion for Reconsideration ("Objection"). Ms. Lehrer's counsel did not receive the November 13, 2003 objection until November 18, 2003. Presently, a reply would be due on December 1, 2003. Ms. Lehrer requires additional time to research new legal arguments and/or facts presented in the objection. The time to prepare a reply presently

1

runs through a holiday. The issues Ms. Lehrer seeks to review and respond to are limited in scope, but relevant to the Court's ultimate determination of the objection.

For these reasons, Ms. Lehrer respectfully requests that the Court allow additional time up to and including December 11, 2003 to reply to Ms. Litvack's November 13, 2003 Objection.

MYRNA LEHRER

By: _____
THOMAS C. PELLEGRINO
Clendenen & Shea, LLC
400 Orange Street
P.O. Box 301
New Haven, Connecticut 06502
203/787-1183
Federal Bar No. Ct.15394

CERTIFICATION:

This is to certify that a copy of the foregoing was mailed, postage prepaid, to Carolyn W. Kaas, Quinnipiac College School of Law, Legal Clinic, 275 Mt. Carmel Ave., Hamden, CT 06518, Marianne Artusio, Attorney at Law, Elderlaw Clinic, Touro Law Center, 300 Nassau Rd., Huntington, NY 11743, Kenneth A. Votre, Esq., Hurwitz, Cooper, Silverman & Votre, P.C., 667 State St., New Haven, CT 06511 on the 21st day of November, 2003.

_____
CLENDENEN & SHEA, LLC

2