FILED
Nov 26  2 39 PM '03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAX KAPLAN
    Plaintiff

VS.

MYRNA LEHRER,
    Defendant/Third Party
    Plaintiff

VS.

RITA LITVACK
    Third Party Defendant

CASE NUMBER 300CV00610 (EBB)

NOVEMBER 21, 2003

## MOTION FOR ENLARGEMENT OF TIME

The defendant/third-party plaintiff, Myrna Lehrer, moves for an enlargement of time of ten days - to December 11, 2003 - to respond to Rita Litvack's November 13, 2003 Objection to Recommended Ruling on Defendant's Motion for Reconsideration ("Objection"). Ms. Lehrer's counsel did not receive the November 13, 2003 objection until November 18, 2003. Presently, a reply would be due on December 1, 2003. Ms. Lehrer requires additional time to research new legal arguments and/or facts presented in the objection. The time to prepare a reply presently

1