FILED

2003 DEC -8 P 4: 49

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAX KAPLAN,<br><br>    *Plaintiff*<br><br>VS.<br><br>MYRNA LEHRER,<br><br>    *Defendant/Third Party Plaintiff*<br><br>VS.<br><br>RITA LITVACK,<br><br>    *Third-Party Defendant* | CASE NUMBER: 300CV00610 (EBB)<br><br><br><br><br><br><br><br><br><br><br><br>December 8, 2003 |

## MOTION REQUESTING THE COURT'S PERMISSION TO FILE A SUR-REPLY

The Plaintiff Rita Litvak Administrator of the Estate of Max Kaplan, in the above captioned matter, respectfully requests that the United States District Court grant permission to the Plaintiff, to file a Sur-Reply brief in response to the Defendant/Third-party Plaintiff Myrna Lehrers' Reply Brief dated December 2, 2003. The reason for this request is that the Defendant Lehrer misunderstands or misconstrues the facts as Ms. Litvak did not "sit back" and wait to be substituted as a party upon the death of the

original Plaintiff Max Kaplan. In fact she could not until she was authorized. Therefore the Plaintiff requests an opportunity to file a short Sur-Reply. In addition, the Plaintiff inadvertently misstated the date on which the Motion To Dismiss in question was filed and would like an opportunity to address the timing issue raised by the Defendant.

WHEREFORE, the Plaintiff respectfully requests permission to file a Sur-Reply In Support of the Plaintiff's Memorandum of Law In Objection To Recommended Ruling on Defendant's Motion For Reconsideration.

THE PLAINTIFF

BY _____
Kenneth A. Votre (ct 05981)
Hurwitz, Cooper, Silverman & Votre, P.C.
667 State Street
New Haven, CT 06511
Tel: 203.562.9955
Fax: 203.789.0776

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 8th day of December 2003 to all counsel as follows:

William H. Clendenen, Jr., Esq.
Thomas Pellegrino, Esq.
400 Orange Street
P.O. Box 301
New Haven, CT 06502

Carolyn Kass, Esq.
Legal Clinic
Quinnipiac School of Law
275 Mount Carmel Avenue
Hamden, CT 06518

Marianne Artusio, Esq.
Elderlaw Clinic
Touro Law Center
300 Nassau Road
Huntington, NY 11743

_____
Kenneth A. Votre