FILED

2003 DEC -8  P 4: 49

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAX KAPLAN,

    *Plaintiff*

VS.                                                           CASE NUMBER: 300CV00610 (EBB)

MYRNA LEHRER,

    *Defendant/Third Party Plaintiff*

VS.

RITA LITVACK,

    *Third-Party Defendant*                December 8, 2003

## MOTION REQUESTING THE COURT'S PERMISSION TO FILE A SUR-REPLY

The Plaintiff Rita Litvak Administrator of the Estate of Max Kaplan, in the above captioned matter, respectfully requests that the United States District Court grant permission to the Plaintiff, to file a Sur-Reply brief in response to the Defendant/Third-party Plaintiff Myrna Lehrers' Reply Brief dated December 2, 2003. The reason for this request is that the Defendant Lehrer misunderstands or misconstrues the facts as Ms. Litvak did not "sit back" and wait to be substituted as a party upon the death of the