UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

MAX KAPLAN                              :

VS.                                     :   CASE NUMBER 300CV00610 (EBB)

MYRNA LEHRER,                           :

VS.                                     :   DECEMBER 18, 2003
                                        :
RITA LITVACK,                           :

### MOTION FOR PERMISSION TO FILE RESPONSE TO RITA LITVACK'S DECEMBER 8, 2003 SUR-REPLY

The defendant/third party plaintiff Myrna Lehrer (Ms. Lehrer) respectfully moves for permission to file a response to Rita Litvack's ("Ms. Litvack") December 8, 2003 Sur-Reply ("surreply"). Ms. Lehrer's response is filed simultaneously with this motion. Ms. Lehrer's response addresses new case law raised by Ms. Litvack, as well as underscores the legal insufficiency specific arguments raised in the surreply.

For these reasons, Ms. Lehrer requests that the motion for permission be granted.

1

THE DEFENDANT/THIRD-PARTY<br>
PLAINTIFF MYRNA LEHRER

By: _____
THOMAS C. PELLEGRINO
Clendenen & Shea, LLC
400 Orange Street
P.O. Box 301
New Haven, Connecticut 06502
203/787-1183
CT 15394

CERTIFICATION:

This is to certify that a copy of the foregoing was mailed, postage prepaid to Carolyn W. Kaas, Quinnipiac College School of Law, Legal Clinic, 275 Mt. Carmel Ave., Hamden, CT 06518 Marianne Artusio, Attorney at Law, Touro Law School, 300 Nassau, Huntington, NY 11743, Kenneth A. Votre, Esq., 667 State Street, New Haven, Connecticut 06511 on the 18th day of December, 2003.

_____
CLENDENEN & SHEA, LLC

2