UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

MAX KAPLAN                  :

VS.                         :     CASE NUMBER 300CV00610 (EBB)

MYRNA LEHRER,               :

VS.                         :     DECEMBER 18, 2003
                            :
RITA LITVACK,               :

### MOTION FOR PERMISSION TO FILE RESPONSE TO RITA LITVACK'S DECEMBER 8, 2003 SUR-REPLY

The defendant/third party plaintiff Myrna Lehrer (Ms. Lehrer) respectfully moves for permission to file a response to Rita Litvack's ("Ms. Litvack") December 8, 2003 Sur-Reply ("surreply"). Ms. Lehrer's response is filed simultaneously with this motion. Ms. Lehrer's response addresses new case law raised by Ms. Litvack, as well as underscores the legal insufficiency specific arguments raised in the surreply.

For these reasons, Ms. Lehrer requests that the motion for permission be granted.

1