UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 1  2 59 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MAX KAPLAN,
      Plaintiff

v.  :  3:00-CV-00610 (EBB)

MYRNA LEHRER,
      Defendant

v.

RITA LITVACK,
      Third-Party Defendant

## ORDER

Due to the copious number of Recommended Rulings in this family-based imbroglio issued by United States Magistrate Judge Joan Glazer Margolis, and ratified by this Court, familiarity with this case is assumed.

On November 7, 2002, the Magistrate Judge issued a Ruling recommending the dismissal of this case, upon motion by Defendant Lehrer, based upon the death of the Plaintiff, Lehrer's father. On January 6, 2003, this Court approved the endorsement, no timely objection having been filed.

On January 13, 2003, a Motion to Substitute Rita Litvack, Executrix of the Estate of Max Kaplan, as Plaintiff herein, was filed. At the same time, a Motion to Open the Judgment of Dismissal was also filed. In a Recommended Ruling dated March 18, 2003, the Magistrate Judge granted both Motions.

On March 26, 2003, Defendant Lehrer filed an Objection to Recommended Ruling, which this Court, construing the document as a motion to reconsider, referred to Magistrate Judge Margolis.

On November 5, 2003, the Magistrate Judge issued a Ruling recommending that the Motion for Reconsideration [Doc. No. 91] be GRANTED and the Motion to Open Judgment of Dismissal [Doc. No. 86] be DENIED. See Docket No.98. The Magistrate determined that Plaintiff Litvack's inaction from the time of her appointment as Executrix until she filed her Motion to Open Judgment of Dismissal, <u>six weeks later</u>, did not meet the stringent standards in this Circuit for excusable neglect pursuant to Fed.R.Civ.P. 60(b)(1). [1]

This Court need not repeat the Magistrate Judge's sound reasoning herein. Suffice it to say that it agrees in full with the legal rationale of that judicial officer; accordingly, the Recommended Ruling on Defendant's Motion to Reconsider [Doc. No. 98] is hereby ADOPTED, AFFIRMED, AND RATIFIED WITH PREJUDICE.[2]

---

[1] In her Recommended Ruling of March 18, 2003, the Magistrate Judge noted to Plaintiff Litvack: "It would have been prudent for plaintiff to have filed a motion for extension of time . . . rather than sit back and do nothing." Here, again, Litvack sat back and did nothing within the time constraints as envisioned by the Federal Rules of Civil Procedure.

[2] Although Magistrate Judge Margolis has graciously offered to hold yet another settlement conference between these parties, the parties hereto have already blatantly ignored an order of her court in such regard. See Recommended Ruling of March 18, 2003, at 3, n.4  This Court will no longer allow the parties to this litigation to abuse the good offices of the Magistrate Judge.

2

The Clerk is directed to close this case, with prejudice.

SO ORDERED

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 1st day Of April, 2004.

3