UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 13  11 03 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MAX KAPLAN,
      Plaintiff

v.                                3:00-CV-00610 (EBB)

MYRNA LEHRER,
      Defendant
      Third-Party Plaintiff

v.

RITA LITVACK,
      Third-Party Defendant

## FINAL ORDER

The Motion to Substitute Party [Doc.No. 85] for decedent Kaplan is hereby DENIED WITH PREJUDICE. Resultingly, there is no legal entity through which this litigation may be continued. Further, the Motion to Set Aside Judgment [Doc.No.86] of the dismissal entered by this Court on January 6, 2003, is hereby DENIED WITH PREJUDICE. The Clerk is, accordingly, directed to close this case with prejudice, without damages or fees to any party. [*See also* Doc.Nos. 98, 109].

SO ORDERED

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 13th day of April, 2004.