UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAX KAPLAN, by his best friend
Steven B. Litvack

  -vs-                                                      Civil No. 3:00CV610(EBB)

MYRNA LEHRER

  -vs-

RITA LITVACK

## JUDGMENT

This action came on for consideration on a Recommended Ruling granting defendant Lehrer's motion for reconsideration and plaintiff's motion to open the judgment of dismissal before the Honorable Ellen Bree Burns, Senior United States District Judge and the Honorable Joan G. Margolis, United States Magistrate Judge.  On January 6, 2003, an Order entered by the Honorable Ellen Bree Burns, approving a Recommended Ruling dismissing this case.

The Court has reviewed all of the papers filed in conjunction with the motions, and on April 1, 2004, an Order entered adopting, affirming, and ratifying the Recommended Ruling with prejudice which granted defendant Lehrer's motion for reconsideration and denied plaintiff's motion to open judgment of dismissal.  On April 13, 2004, a Final Order entered, denying Third Party Defendant Litvack's motion to substitute party, finding no legal entity through which this litigation may be continued, and directing the clerk to close the case with prejudice, without damages or fees to any party.

EOD: _____

2

It is therefore ORDERED and ADJUDGED that this case is dismissed with prejudice, without damages or fees to any party.

Dated at New Haven, Connecticut, this 14th day of April, 2004.

KEVIN F. ROWE, CLERK

By

_____/s/_____
Melissa Ruocco
Deputy Clerk