UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FILE NUMBER: 300CV00610(EBB) | : | |
| MAX KAPLAN, | : | |
| PLAINTIFF | : | |
| VS. | : | NOTICE OF APPEAL |
| MYRNA LEHRER, | : | |
| DEFENDANT/THIRD PARTY PLAINTIFF | : | |
| VS. | : | APRIL 21, 2004 |
| RITA LITVAK, | : | |
| THIRD PARTY DEFENDANT | : | |

### NOTICE OF APPEAL

Notice is hereby given that Rita Litvak, plaintiff and Executrix of the Estate of Max Kaplan hereby appeal to the United States Court of Appeals for the Second Circuit from the trial court's ruling of April 1, 2004 adopting and ratifying the Recommended ruling issued by Magistrate Margolis on November 5, 2003 and the final judgment entered in this action on the 13th day of April 2004.

THE PLAINTIFF

BY /s/ Kenneth A. Votre
Kenneth A. Votre (ct05981)
Votre & Associates, PC
201 Orange Street
New Haven, CT 06510
(203) 498-0065

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 21st day of April 2004 to all counsel as follows:

William H. Clendenen, Jr., Esq.
Thomas Pellegrino, Esq.
400 Orange Street
P.O. Box 301
New Haven, CT 06502

Carolyn Kass, Esq.
Legal Clinic
Quinnipiac School of Law
275 Mount Carmel Avenue
Hamden, CT 06518

Marianne Artusio, Esq.
Elderlaw Clinic
Touro Law Center
300 Nassau Road
Huntington, NY 11743

_____
Kenneth A. Votre