UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FILE NUMBER: 300CV00610(EBB) | : |
| | : |
| MAX KAPLAN, | : |
| | : |
| PLAINTIFF | : |
| | : NOTICE OF APPEAL |
| VS. | : |
| | : |
| MYRNA LEHRER, | : |
| | : |
| DEFENDANT/THIRD PARTY PLAINTIFF | : |
| | : |
| VS. | : APRIL 30, 2004 |
| | : |
| RITA LITVAK, | : |
| | : |
| THIRD PARTY DEFENDANT | : |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Rita Litvak, Third Party Defendant, Plaintiff and Executrix of the Estate of Max Kaplan hereby appeals to the United States Court of Appeals for the Second Circuit from the trial court's ruling of April 1, 2004 adopting and ratifying the Recommended ruling issued by Magistrate Margolis on November 5, 2003 denying the Motion to Open, the Final Order entered on April 13, 2004 denying the motion of Rita Litvak, Executrix to be substituted as a Party Plaintiff, and the final judgment entered in this action ratifying the Recommended Ruling on the 14th day of April 2004.

        RITA LITVAK, EXECUTRIX
RITA LITVAK, THIRD PARTY DEFENDANT
RITA LITVAK, PLAINTIFF


BY _____
    Kenneth A. Votre (ct05981)
    Votre & Associates, PC
    201 Orange Street
    New Haven, CT 06510
    (203) 498-0065

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 30th day of April 2004 to all counsel as follows:


William H. Clendenen, Jr., Esq.
Thomas Pellegrino, Esq.
400 Orange Street
P.O. Box 301
New Haven, CT 06502

Carolyn Kass, Esq.
Legal Clinic
Quinnipiac School of Law
275 Mount Carmel Avenue
Hamden, CT 06518

Marianne Artusio, Esq.
Elderlaw Clinic
Touro Law Center
300 Nassau Road
Huntington, NY 11743


_____
Kenneth A. Votre