# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

DATE: __April 27, 2004__      TO:   Intake Clerk

                              FROM: Rita Warner - 203-773-2104

**CASE TITLE:**      Max Kaplan vs Myrna Lehrer

**DOCKET NO.:**      3:00cv610(EBB)

**NOTICE OF APPEAL:** filed: April 23, 2004

**APPEAL FROM:**     final judgment: _x_

                    interlocutory: __

                    other: __

**DOCKET SHEET:**    Attorney, updated address & phone number for each party _Y_

                    All parties are listed on Docket Sheet
                    (Including Third Parties) _Y_

                    All docket entries and dates are included _Y_

**FEE STATUS:**      Paid _✓_      Due _____      N/A _____

                    IFP revoked _____      Application Attached _____

                    IFP pending before district judge _No_

**COUNSEL:**         CJA _____      Retained _✓_      Pro Se _____

**TIME STATUS:**     Timely _✓_      Out of Time _____

**MOTION FOR
EXTENSION OF TIME:** Granted _____      Denied _____

**COA:**             Granted _____      Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____(signature)_____ DATE: _____
DEPUTY CLERK, USCA

USCA No. _____