UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FILE NUMBER: 300CV00610(EBB) | : |
| MAX KAPLAN, | : |
| PLAINTIFF | : |
| VS. | : Certificate of No Transcript |
| MYRNA LEHRER, | : |
| DEFENDANT/THIRD PARTY PLAINTIFF | : |
| VS. | : May 14, 2004 |
| RITA LITVAK, | : |
| THIRD PARTY DEFENDANT | : |

**CERTIFICATE OF NO TRANSCRIPT ORDER**

Notice is hereby given that Rita Litvak, Third Party Defendant, Plaintiff and Executrix of the Estate of Max Kaplan hereby certifies that no transcript will be ordered in the above captioned matter, which was appealed to Second Circuit Court of Appeals by an Amended Notice of Appeal filed on April 30, 2004.

                            RITA LITVAK, EXECUTRIX
                            RITA LITVAK, THIRD PARTY
                            DEFENDANT
                            RITA LITVAK, PLAINTIFF

                        BY _____
                            Kenneth A. Votre (ct05981)
                            Votre & Associates, PC
                            201 Orange Street

New Haven, CT 06510<br>
(203) 498-0065

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 14th day of May 2004 to all counsel as follows:

William H. Clendenen, Jr., Esq.
Thomas Pellegrino, Esq.
400 Orange Street
P.O. Box 301
New Haven, CT 06502

Carolyn Kass, Esq.
Legal Clinic
Quinnipiac School of Law
275 Mount Carmel Avenue
Hamden, CT 06518

Marianne Artusio, Esq.
Elderlaw Clinic
Touro Law Center
300 Nassau Road
Huntington, NY 11743

_____
Kenneth A. Votre