UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FILE NUMBER: 300CV00610(EBB) | : |
| MAX KAPLAN, | : |
| PLAINTIFF | : |
| | : REPRESENTATION |
| VS. | : STATEMENT |
| MYRNA LEHRER, | : |
| DEFENDANT/THIRD PARTY PLAINTIFF | : |
| VS. | : May 14, 2004 |
| RITA LITVAK, | : |
| THIRD PARTY DEFENDANT | : |

## REPRESENTATION STATEMENT

Pursuant to FRAP 12(b), notice is hereby given that the Appellant, Rita Litvak will be represented on an Appeal to the Second Circuit Court of Appeals by Kenneth A. Votre, Votre & Associates, 201 Orange Street, New Haven, Connecticut 06510.  Attorney Votre is representing Rita Litvak in her capacity as Executrix, Third Party Defendant and Plaintiff in the aforementioned appeal.

          RITA LITVAK, EXECUTRIX
          RITA LITVAK, THIRD PARTY
          DEFENDANT
          RITA LITVAK, PLAINTIFF


BY _____
     Kenneth A. Votre (ct05981)
     Votre & Associates, PC
     201 Orange Street
     New Haven, CT 06510

(203) 498-0065

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 14th day of May 2004 to all counsel as follows:

William H. Clendenen, Jr., Esq.
Thomas Pellegrino, Esq.
400 Orange Street
P.O. Box 301
New Haven, CT 06502

Carolyn Kass, Esq.
Legal Clinic
Quinnipiac School of Law
275 Mount Carmel Avenue
Hamden, CT 06518

Marianne Artusio, Esq.
Elderlaw Clinic
Touro Law Center
300 Nassau Road
Huntington, NY 11743

_____
Kenneth A. Votre