## DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:**  May 4, 2004                    **TO:**   Intake Clerk

                                   **FROM:**  Rita Warner

**CASE TITLE:**       Kaplan vs Lehrer vs Litvak

**DOCKET NO.:**       3:00cv610EBB

**NOTICE OF APPEAL:**   filed: July 1, 2001

**APPEAL FROM:**     final judgment: **x**

                  interlocutory: __

                  other: __

**DOCKET SHEET:**    Attorney, updated address & phone number for <u>each</u> party **Y**

                  All parties are listed on Docket Sheet
                  (Including Third Parties) **Y**

                  All docket entries and dates are included **Y**

**FEE STATUS:**      Paid _____    Due _____    N/A  ✓

                  IFP revoked _____    Application Attached _____

                  IFP pending before district judge **No**

**COUNSEL:**        CJA _____    Retained ✓    Pro Se _____

**TIME STATUS:**     Timely ✓    Out of Time _____

**MOTION FOR**
**EXTENSION OF TIME:** Granted _____    Denied _____

**COA:**           Granted _____    Denied _____

**COMMENTS AND CORRECTIONS:**

---

**I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.**

**SIGNED:** _Stanley A. Hader_ **DATE:** 05/10/04
               **DEPUTY CLERK, USCA**

       **USCA No.** _____.