UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FILE NUMBER: 300CV00610(EBB) | : |
| MAX KAPLAN, | : |
|     PLAINTIFF | : |
| VS. | :    MOTION FOR PERMISSION |
| MYRNA LEHRER, | : |
|     DEFENDANT/THIRD PARTY PLAINTIFF | : |
| VS. | :    MAY 17, 2004 |
| RITA LITVAK, | : |
|     THIRD PARTY DEFENDANT | : |

**MOTION FOR PERMISSION TO FILE LATE CIVIL APPEAL
PRE-ARGUMENT STATEMENT**

Rita Litvak, Third Party Defendant, Plaintiff and Executrix of the Estate of Max Kaplan hereby Moves for Permission to file a late Civil Appeal Pre-Argument Statement (Form C) in order to perfect the Appeal in the above docketed matter.

                                              RITA LITVAK, EXECUTRIX
                                              RITA LITVAK, THIRD PARTY
                                              DEFENDANT
                                              RITA LITVAK, PLAINTIFF

                                    BY _____
                                         Kenneth A. Votre (ct05981)
                                         Votre & Associates, PC
                                         201 Orange Street
                                         New Haven, CT 06510
                                         (203) 498-0065

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 17th day of May 2004 to all counsel as follows:

William H. Clendenen, Jr., Esq.
Thomas Pellegrino, Esq.
400 Orange Street
P.O. Box 301
New Haven, CT 06502

Carolyn Kass, Esq.
Legal Clinic
Quinnipiac School of Law
275 Mount Carmel Avenue
Hamden, CT 06518

Marianne Artusio, Esq.
Elderlaw Clinic
Touro Law Center
300 Nassau Road
Huntington, NY 11743

_____
Kenneth A. Votre