UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILE NUMBER: 300CV00610(EBB)

MAX KAPLAN,

   PLAINTIFF

VS.               : MOTION FOR PERMISSION *RWh*

MYRNA LEHRER,

   DEFENDANT/THIRD PARTY PLAINTIFF

VS.               : MAY 17, 2004

RITA LITVAK,

   THIRD PARTY DEFENDANT

**MOTION FOR PERMISSION TO FILE LATE CIVIL APPEAL
PRE-ARGUMENT STATEMENT**

Rita Litvak, Third Party Defendant, Plaintiff and Executrix of the Estate of Max Kaplan hereby Moves for Permission to file a late Civil Appeal Pre-Argument Statement (Form C) in order to perfect the Appeal in the above docketed matter.

               RITA LITVAK, EXECUTRIX
               RITA LITVAK, THIRD PARTY DEFENDANT
               RITA LITVAK, PLAINTIFF

               BY _____
               Kenneth A. Votre (ct05981)
               Votre & Associates, PC
               201 Orange Street
               New Haven, CT 06510
               (203) 498-0065

*Handwritten margin notes:* 118 / Denial without Prejudice to refiling in the Second Circuit / 5/24/04 Ct of Appeals