UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FILE NUMBER: 300CV00610(EBB) | : |
| MAX KAPLAN, | : |
| PLAINTIFF | : |
| VS. | : MOTION FOR PERMISSION |
| MYRNA LEHRER, | : |
| DEFENDANT/THIRD PARTY PLAINTIFF | : |
| VS. | : MAY 17, 2004 |
| RITA LITVAK, | : |
| THIRD PARTY DEFENDANT | : |

**MOTION FOR PERMISSION TO FILE LATE CIVIL APPEAL
PRE-ARGUMENT STATEMENT**

Rita Litvak, Third Party Defendant, Plaintiff and Executrix of the Estate of Max Kaplan hereby Moves for Permission to file a late Civil Appeal Pre-Argument Statement (Form C) in order to perfect the Appeal in the above docketed matter.

RITA LITVAK, EXECUTRIX
RITA LITVAK, THIRD PARTY DEFENDANT
RITA LITVAK, PLAINTIFF

BY _____
Kenneth A. Votre (ct05981)
Votre & Associates, PC
201 Orange Street
New Haven, CT 06510
(203) 498-0065

[Handwritten notations: "119", "5/21/04 Denied as moot. ×", "FILED 2004 MAY 17 P 4:55 US DISTRICT COURT NEW HAVEN, CONN."]