UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAX KAPLAN, | : | |
| | : | |
| PLAINTIFF | : | |
| | : | FILE NUMBER |
| | : | 300CV00610(EBB) |
| | : | |
| VS. | : | |
| | : | |
| MYRNA LEHRER, | : | |
| | : | |
| DEFENDANT/THIRD PARTY PLAINTIFF | : | |
| | : | |
| VS. | : | SEPTEMBER 13, 2004 |
| | : | |
| RITA LITVAK, | : | |
| | : | |
| THIRD PARTY DEFENDANT | : | |

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO |
|---|---|---|---|
| 3/31/2000 | 1 | Verified Complaint | 1 |
| 4/5/2000 | 5 | Motion for Preliminary Injunction | 2 |
| 4/5/2000 | 6 | Affidavit of Max Kaplan | 3 |
| 4/5/2000 | 7 | Affidavit of Rita Litvak | 4 |
| 4/5/2000 | 8 | Affidavit of Max Kaplan | 5 |
| 5/15/2000 | 13 | Motion to Bring in Third Party Defendant | 6 |
| 5/17/2000 | 15 | Third Party Complaint | 7 |
| 2/6/2001 | 57 | Amended Complaint | 8 |
| 2/20/2001 | 61 | Answer with Special Defenses | 9 |

| Date | Doc # | Description | # |
|---|---|---|---|
| 10/15/2002 | 82 | Motion to Dismiss | 10 |
| 1/13/2003 | 85 | Motion to Substitute Party | 11 |
| 1/13/2003 | 86 | Motion to Set Aside | 12 |
| 1/17/2003 | 87 | Order Referring to Motion to Set Aside | 13 |
| 2/4/2003 | 88 | Objections to Motion to Substitute | 14 |
| 2/4/2003 | 89 | Objections to Motion to Set Aside | 15 |
| 3/18/2003 | 90 | Recommended Ruling | 16 |
| 3/25/2003 | 91 | Objection to Recommended Ruling | 17 |
| 4/17/2003 | 92 | Order of Referral to Magistrate Margolis | 18 |
| 6/11/2003 | 93 | Objection to Recommended Ruling | 19 |
| 7/18/2003 | 95 | Objection to Recommended Ruling | 20 |
| 7/31/2003 | 96 | Motion for Leave to File Sur-reply | 21 |
| 8/11/2003 | 97 | Objection to Recommended Ruling | 22 |
| 11/05/2003 | 98 | Recommended Ruling | 23 |
| 11/13/2003 | 99 | Objection to Recommended Ruling | 24 |
| 11/26/2003 | 102 | Reply to Response to Recommended Ruling | 25 |
| 12/11/2003 | 105 | Sur-reply to motion 102 | 26 |
| 12/18/2003 | 106 | Motion for Leave to file response | 27 |
| 12/23/2003 | 108 | Response to Sur-reply | 28 |
| 4/1/2004 | 109 | Order Approving Recommended Ruling | 29 |
| 4/13/2004 | 110 | Final Order | 30 |
| 4/14/2004 | 111 | Judgment | 31 |
| 4/23/2004 | 112 | Notice of Appeal | 32 |

| 4/30/2004 | 113 | Amended Notice of Appeal | 33 |

                    RITA LITVAK, EXECUTRIX
                    RITA LITVAK, THIRD PARTY DEFENDANT
                    RITA LITVAK, PLAINTIFF


BY _____
    Kenneth A. Votre (ct05981)
    Votre & Associates, PC
    201 Orange Street
    New Haven, CT 06510
    (203) 498-0065

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 13th day of September, 2004 to all counsel as follows:

William H. Clendenen, Jr., Esq.
Thomas Pellegrino, Esq.
400 Orange Street
P.O. Box 301
New Haven, CT 06502

Carolyn Kass, Esq.
Legal Clinic
Quinnipiac School of Law
275 Mount Carmel Avenue
Hamden, CT 06518

Marianne Artusio, Esq.
Elderlaw Clinic
Touro Law Center
300 Nassau Road
Huntington, NY 11743


                                    _____
                                    Kenneth A. Votre